UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
MDD_ADCCHAMBERS@MDD.USCOURTS.GOV

November 28, 2022

TO COUNSEL OF RECORD

Re: *Johnson v. Walmart Inc., et al.*
Civil No. ADC-22-2910

Dear Counsel:

Enclosed is the initial scheduling order. Please review the schedule, consult with one another, and within fourteen (14) days of the date of this Order, jointly file a letter briefly addressing the points outlined below:

1. whether you would like to participate in a settlement conference either before or after the completion of discovery;

2. whether discovery of electronically stored information may be necessary;

3. whether there should be any changes to the dates in the scheduling order;

4. whether you would like to defer any of the expert discovery until after summary judgment motions are resolved; and

5. whether the allocated deposition hours are sufficient.

In addition, I am enclosing for your review my standing order to counsel concerning discovery procedures.

Very truly yours,

/s/

A. David Copperthite
United States Magistrate Judge

Enclosures