IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GRACE S. JOHNSON | * |
| also known as Delma Grace Johnson | * |
| | * |
| Plaintiff, | *  **Civil No.: 1:22-cv-02910-ADC** |
| | * |
| vs. | * |
| | * |
| WALMART INC., *et al.* | * |
| | * |
| Defendants. | * |

## INITIAL JOINT STATUS REPORT

COME NOW the Plaintiff, Grace S. Johnson, by and through her attorneys, John K. Phoebus, Kristy M. Hickman and Anthenelli, Phoebus & Hickman, LLC, and the Defendants, Walmart Inc., Wal-Mart Stores East, LP and Wal-Mart Real Estate Business Trust, by and through their attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to this Court's Scheduling Order, states as follows:

**A.   SCHEDULING ORDER**

All Parties request that the current Scheduling Order be modified as follows:

| | Current Deadlines | Modified Deadlines |
|---|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | 01/27/2023 | 05/26/2023 |
| Defendant's Rule 26(a)(2) disclosure | 02/27/2023 | 06/27/2023 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | 03/13/2023 | 07/11/2023 |
| Rule 26(e)(2) supplementation of disclosures and responses | 03/20/2023 | 07/18/2023 |
| Discovery deadline; submission of status report | 04/12/2023 | 08/10/2023 |
| Requests for admissions | 04/19/2023 | 08/17/2023 |

| Dispositive pretrial motions | 05/12/2023 | 09/11/2023 |

**B.    DEPOSITION HOURS**

All Parties agree on standard deposition hours.

**C.    ELECTRONICALLY STORE INFORMATION**

No Parties see any issue with this.

**D.    CONSENT TO UNITED STATES MAGISTRATE JUDGE**

This matter was assigned by this Court to a Magistrate Judge for all proceedings.

**E.    Early ADR/Settlement Conference**

The Parties believe that ADR would be more beneficial after discovery closes.

**F.    ADDITIONAL MATTERS**

None.

Respectfully submitted,

| | |
|---|---|
| */s/John K. Phoebus* | */s/Christopher R. Dunn* |
| John K. Phoebus | Christopher R. Dunn, #05278 |
| Kristy M. Hickman | DeCaro, Doran, Siciliano |
| Anthenelli, Phoebus & Hickman, LLC | Gallagher & DeBlasis, LLP |
| 110-B Baptist Street | 17251 Melford Blvd., Suite 200 |
| P.O. Box 4366 | Bowie, Maryland 20715 |
| Salisbury, Maryland 21803 | (301) 352-4950 |
| (410)749-3700 | Cdunn@decarodoran.com |
| John@phoebuslaw.com | Counsel for Defendant |
| Khickman@phoebuslaw.com | |
| Counsel for Plaintiff | |

Date:   December 9, 2022